Eastern District of Kentucky
**F I L E D**

MAY 0 3 2016

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **TYLER WALTHER** | |
| **Plaintiff** | Case No: |
| | Judge: |
| v. | |
| **BROOKE B. EDWARDS M.D.** | |
| **Defendant** | **COMPLAINT AND JURY DEMAND** |

NOW comes Plaintiff, **TYLER WALTHER**, by and through undersigned counsel, and for his Complaint and Jury Demand, states and avers as follows:

### PARTIES, JURISDICTION AND VENUE

1.  Plaintiff Tyler Walther (hereinafter "Plaintiff") is a resident and citizen of Montgomery County, Ohio.

2.  Defendant Brooke B. Edwards M.D. (hereinafter "Defendant") is a physician licensed to practice medicine in Kentucky, regularly engages in the practice of medicine in Kentucky and has her regular place of business at 350 Thomas More Pkwy., Ste. 200, Crestview Hills, Kentucky 41017.

3.  Plaintiff alleges damages in excess of $75,000.00, exclusive of interest and costs.

4.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332, as complete diversity exists between Plaintiff and Defendant, and the amount in controversy exceeds $75,000.00.

5.	This Court has personal jurisdiction over Defendant as Defendant is a resident of the Commonwealth of Kentucky and regularly practices medicine in the Commonwealth of Kentucky.

6.	Venue is proper within this District pursuant to 28 U.S.C. § 1391(b) and (d) because Defendant regularly practices medicine in this District and because a substantial part of the events giving rise to this action occurred in this District.

### COUNT I
### (Medical Malpractice)

7.	On May 5, 2015, Plaintiff sought treatment with Defendant for erectile dysfunction at Defendant's offices at 350 Thomas More Pkwy., Ste. 200, Crestview Hills, Kentucky 41017.

8.	During the course of the aforementioned treatment, Defendant injected Plaintiff with TriMix. Trimix is an injectable three-drug prescribed medication used to treat erectile dysfunction. The active ingredients in this mixture are alprostadil, papaverine and phentolamine.

9.	Following Plaintiff's aforementioned treatment, Plaintiff suffered a prolonged and extremely painful erection requiring Plaintiff to seek emergency medical attention at Kettering Medical Center in Kettering, Ohio.

10.	Defendant fell far below the applicable standard of care, and thereby committed medical malpractice, by failing to properly diagnose and treat Defendant. Said failures include, but are not limited to: administering an improper dosage of TriMix.

11.	Defendant's aforesaid negligent and/or deliberate indifference falls far below the applicable standard of care and therefore constitutes medical malpractice. Said medical malpractice directly and proximately caused Plaintiff to suffer priapism, permanent injury, excruciating agony and physical and mental suffering. Plaintiff likewise has incurred medical bills and expenses and will incur medical bills and expenses in the future.

**WHEREFORE,** the Plaintiff prays:

A. For compensatory damages against Defendant in an amount exceeding $100,000.00;

B. For the costs of this action; and

C. For such further and additional relief as Plaintiff may be entitled at law or in equity.

### JURY DEMAND

The Plaintiff demands trial by jury as to all issues herein.

TYLER WALTHER
By his attorney

_____
RICHARD B. REILING BOR # 629203
BOTTONE / REILING
63 Atlantic Ave., 3rd Floor
Boston, MA 02110
Phone:   617-412-4291
Facsimile: 617-412-4406
reilinglaw@aol.com
Attorney for Plaintiff

3