UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **TYLER WALTHER** : | |
| : | Case No: 16-CV-68-WOB-CJS |
| **Plaintiff** : | |
| : | Judge: |
| v. : | |
| : | |
| **BROOKE B. EDWARDS M.D.** : | |
| : | |
| **Defendant** : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff **Tyler Walther** and Defendant **Brooke B. Edwards, M.D**., (collectively, the "Parties"), stipulate to the dismissal with prejudice of all claims and defenses asserted in the above captioned action. The Parties further stipulate that each party (a) will bear its own costs and attorneys' fees and (b) waives it right to appeal.

                TYLER WALTHER
                By his attorney

                /s/RICHARD B. REILING
                RICHARD B. REILING BOR # 629203
                BOTTONE | REILING
                63 Atlantic Ave., 3rd Floor
                Boston, MA 02110
                Phone:    617-412-4291
                Facsimile:  617-412-4406
                reilinglaw@aol.com
                Attorney for Plaintiff

                And

*Defendant Brooke B. Edwards, M.D.*
By her Attorney

/s/JOSHUA F. DEBRA
David C. Calderhead, Esq. KBA #86134
Joshua F. DeBra, Esq. KBA #92480
6281 Tri-Ridge Blvd., Suite 210
Loveland, OH 45140
(513) 576-1060 (telephone)
(513) 576-8792 (facsimile)
dcalderhead@clp-law.com
jdebra@clp-law.com

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon counsel for Defendant David C. Calderhead, Esq. ,6281 Tri-Ridge Parkway, Suite 210 Loveland, Ohio 45140 by E-Mail and Regular U.S Mail, postage pre-paid this 18th day of April, 2017.

/s/RICHARD B. REILING
RICHARD B. REILING BOR # 629203
BOTTONE | REILING